Eamma Jean WOODS, Petitioner–Appellant,

v.

Janet NAPOLITANO, Secretary of the United States Department of Homeland Security; Eric H. Holder Jr., Attorney General of the United States; Robin Baker, Director of the San Diego Field Office, U.S. Immigration and Customs Enforcement; and John Garzon, Officer–in–Charge, Defendants–Appellees.

No. 09–56343.

United States Court of Appeals, Ninth Circuit.

Submitted March 2, 2010.*

Filed March 26, 2010.

Kristi A. Hughes, Federal Defenders of San Diego, Inc., San Diego, CA, for Petitioner–Appellant.

Raven M. Norris, United States Department of Justice, San Diego, CA, for Defendants–Appellees.

---

\* The panel unanimously finds this case suitable for decision without oral argument. Fed. R.App. P. 34(a)(2).

\*\* The Honorable Matthew F. Kennelly, United States District Judge for the Northern District of Illinois, sitting by designation.

Before: RYMER and WARDLAW, Circuit Judges, and KENNELLY,** District Judge.

MEMORANDUM ***

Because this court today denies appellant Eamma Jean Woods' petition for review of the Order of Removal pending against her in a companion case, *Woods v. Holder,* No. 08–70936, 2010 WL 1174614 (9th Cir.2010), we dismiss as moot this appeal challenging the bond determination made by an Immigration Judge.

DISMISSED.

---

\*\*\* This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.